Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendants:
Quality Loan Service Corporation and
First Horizon Home Loans

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AHMAD HABIBIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOANS, a Division of FIRST TENNESSEE BANK, NATIONAL ASSOCIATION; QUALITY LOAN SERVICE CORPORATION, a Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-01952-PMP-RJJ<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT FILED BY QUALITY LOAN SERVICE CORPORATION AND FIRST HORIZON HOME LOANS** |

Defendants, Quality Loan Service Corporation and First Horizon Home Loans, a Division of First Tennessee Bank, National Association, by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6) on November 24, 2010 (Docket No. 6). The Docket Report indicates that a Response to Defendants' Motion to Dismiss was due by December 11, 2010.

The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

1. Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion to Dismiss was required to be filed with the Court and served within fourteen days after service of the motion. No Response and/or Opposition has been filed by the Plaintiff regarding this matter. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the motion.

2. The Court may grant the Motion to Dismiss for failure to follow local rules. *Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995). Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions. The Court has considered these factors and finds that Plaintiff has received notice and has been given ample time to respond. As a result, the Court finds that failure to respond at all to the pending motion under local rules outweighs the factors above in this specific case.

IT IS THEREFORE ORDERED, that based on the foregoing, Defendants' Motion to Dismiss Plaintiff's Complaint for failure to state a claim for relief is GRANTED and Defendants, Aurora Loan Services, LLC and Quality Loan Service Corp. are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the lis pendens affecting the property located at 436 Beardsley Cir., Henderson, Nevada (APN 178-30-112-008) and recorded by Plaintiff on August

24, 2010 in the public records of Clark County, Nevada as instrument number 201008240002609 is hereby expunged and shall have no further force or effect.

IT IS SO ORDERED this _ 20th day of December, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

McCarthy & Holthus

By: /s/*Christopher M. Hunter*
    Christopher M. Hunter

**CERTIFICATE OF MAILING**

I hereby certify that on the 18th day of December, 2010, a true and correct copy of the foregoing PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS was served via CM/ECF which will sent a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

*/s/ Ellen McAbee*
An employee of McCarthy & Holthus, LLP

- 4 -